AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:18-MJ-805 | Date and time warrant executed: 4/5/18 0700 | Copy of warrant and inventory left with: Catherine Host |

Inventory made in the presence of: Chris Bonk

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

4 Laptops
5 Cell Phones
1 iPod touch
1 Square Reader
2 magnetic stripe Readers
2 USB thumb dries
19 Credit Reports
2 tax Returns
4 Birth Certificates
1 Vehicle title
1 Bot of paper with account numbers
7 Notebooks
7 Identifications not in residence names

5 Check books
2 Social Security Cards
Regular and counterfeit access devices

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 4/10

Executing officer's signature

Kenneth Henderson, Special Agent
Printed name and title

AUSA: Tom Rybarczyk x8452